IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MITCHELL, | No. C-06-1528 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants | |

Before the Court is plaintiff's Case Management Conference Statement, filed May 22, 2006, by which plaintiff seeks to continue the June 2, 2006 case management conference in the instant action by approximately 120 days.  Plaintiff states a continuance is necessary because she anticipates the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because she has not yet served defendants.  Because the instant action was filed February 28, 2006, the 120-day deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

//
//
//

1     Accordingly, for good cause shown, the June 2, 2006 case management conference
2 is hereby continued to October 6, 2006 at 10:30 a.m.  A joint case management statement
3 shall be filed no later than September 29, 2006.  The deadline to serve defendants,
4 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

5     **IT IS SO ORDERED.**

7 Dated: May 24, 2006

                                               MAXINE M. CHESNEY
                                               United States District Judge