IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN MITCHELL,

        Plaintiff,

  v.

ASTRAZENECA PHARMACEUTICALS, L.P., et al.,

        Defendants

_____/

No. C-06-1528 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

      Before the Court is the parties' Joint Case Management Conference Statement, filed September 26, 2006, by which the parties seek to vacate the October 6, 2006 case management conference or continue the conference by approximately 120 days. The parties seek vacatur or continuance because the Judicial Panel on Multidistrict Litigation has directed the Clerk of the Eastern District of New York to file an order transferring the instant action to that court for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>.

      Accordingly, for good cause shown, the October 6, 2006 case management conference is hereby VACATED.

      **IT IS SO ORDERED.**

Dated: September 28, 2006

                                    MAXINE M. CHESNEY
                                    United States District Judge